# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SAFETA FERATOVIC,**

    **Plaintiff,**

**v.**                                            **Case No:   6:15-cv-1922-Orl-31DAB**

**AOH-DOVETAIL VILLAS, LLC,**

    **Defendant.**

## ORDER

This matter comes before the Court without a hearing on the Request for Voluntary Remand (Doc. 11) filed by the Defendant and the Motion to Remand (Doc. 15) filed by the Plaintiff.  As both parties are in agreement that the amount in controversy in this matter is less than $75,000, the Court agrees with them that a remand to state court is warranted.  Accordingly, it is hereby

**ORDERED** that the Request for Voluntary Remand (Doc. 11) filed by the Defendant and the Motion to Remand (Doc. 15) filed by the Plaintiff are **GRANTED**, and this case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 9, 2015.

                                                               GREGORY A. PRESNELL
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party